# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| BDRN, LLC, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  15-cv-804(NSR) |
| UNITEDHEALTHCARE OF NEW YORK, INC el al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                                                                                          .

Date:      02/05/2015                                           /s
                                                         *Attorney's signature*

                                              John T. Seybert (JS5014)
                                              *Printed name and bar number*

                                                   Sedgwick LLP
                                              225 Liberty Street, 28th Floor
                                                 New York, NY 10281

                                                     *Address*

                                         john.seybert@sedgwicklaw.com
                                                  *E-mail address*

                                                  (212) 422-0202
                                                *Telephone number*

                                                  (212) 422-0925
                                                   *FAX number*

## <u>CERTIFICATE OF SERVICE</u>

I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via Regular Mail on this 5th day of February 2015, upon the following:

Joseph Murphy, Esq.
Hiscock & Barclay, LLP
80 State Street
Albany, NY  12207
(518) 429-4248
JMurphy@hblaw.com
*Attorneys for Plaintiff*

s/_____
John T. Seybert

Dated:      New York, New York
            February 5, 2015