Linda J. Clark
Joseph A. Murphy
Hiscock & Barclay, LLP
80 State Street
Albany, New York 12207-2543
Telephone: (518) 429-4241/4248
lclark@hblaw.com
jmurphy@hblaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BDRN, LLC, BDRN PHARMACY, LLC, and JOHN DOE,

*Plaintiffs*,

vs.

UNITEDHEALTHCARE OF NEW YORK, INC.,
UNITEDHEALTHCARE INSURANCE COMPANY OF NEW YORK, and OPTUMRX, INC.,

*Defendants.*

**NOTICE OF APPEARANCE**

Civil Action No.

15-cv-804 (NSR)

Hon. Nelson S. Román, J.S.C.

---

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiffs BDRN, LLC, BDRN Pharmacy, LLC and John Doe.[1]

---

[1] Plaintiff John Doe is identified herein by the moniker John Doe in order to protect his privacy. Plaintiffs have disclosed his name to Defendants.

8890323.1

DATED: February 9, 2015          **HISCOCK & BARCLAY, LLP**

BY:    <u>*s/ Linda J. Clark*</u>
        Linda J. Clark

*Attorneys for Plaintiffs*
BDRN, LLC, BDRN Pharmacy, LLC and
John Doe
Office and Post Office Address
80 State Street
Albany, New York 12207
lclark@hblaw.com
Telephone: (518) 429-4241
Facsimile: (518) 427-3498

2

8890323.1