UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BDRN, LLC, BDRN PHARMACY, LLC, and JOHN DOE,

                        Plaintiff,

-against-

UNITEDHEALTHCARE OF NEW YORK, INC.,
UNITEDHEALTHCARE INSURANCE COMPANY
OF NEW YORK, and OPTUMRX, INC.,

                        Defendants.
------------------------------------------------------------------------X

Civil Act. No.: 15-cv-804(NSR)

**CERTIFICATE OF SERVICE**

**DOCUMENT ELECTRONICALLY FILED**

      I, Michael H. Bernstein, hereby certify and affirm that in accordance with the court's directives in its Memorandum Endorsement Order dated February 18, 2015 a true and correct copy of the attached **MEMORANDUM ENDORSEMENT DATED FEBRUARY 18, 2015** was served via Email, Fax and Federal Express on the 18th day of February, upon the following:

> Joseph A. Murphy, Esq.
> Hiscock & Barclay, LLP
> 80 State Street
> Albany, NY 12207

Dated: New York, New York
February 19, 2015

                        Respectfully submitted,

                          s/
                        MICHAEL H. BERNSTEIN (MB-0579)
                        JOHN T. SEYBERT (JS-5014)
                        SEDGWICK LLP
                        Attorneys for Defendants
                        225 Liberty Street, 28th Floor
                        New York, New York 10281
                        Telephone: (212) 422-0202
                        Facsimile: (212) 422-0925