- This bill is not active in this session.

## A05502 Summary:

```
BILL NO    A05502B

SAME AS    SAME AS

SPONSOR    Heastie (MS)

COSPNSR    Gottfried, Colton, Rosenthal, Miller M, Cymbrowitz, Moya, O'D
           Thiele, Galef, Castro, DenDekker, Benedetto, Gunther, Schroed
           Maisel, Spano, Schimel, Lopez V, Weisenberg, Lavine, Weprin,
           Englebright, Sweeney, Paulin, Dinowitz, Meng, Rodriguez, Hoyt
           Gabryszak, Titone, Jaffee, Linares, Simotas, Clark, Boyland,
           Millman

MLTSPNSR   Abbate, Abinanti, Boyle, Burling, Calhoun, Castelli, Ceretto,
           Corwin, Crespo, Crouch, Curran, Duprey, Giglio, Graf, Hayes,
           Katz, Latimer, Lifton, Lopez P, Losquadro, Malliotakis, Mille
           Montesano, Murray, Palmesano, Peoples-Stokes, Perry, Ra, Raia
           P, Roberts, Saladino, Sayward, Smardz, Tobacco

Amd SS3216, 3221 & 4303, Ins L

Prohibits health insurers from requiring the insured purchase prescribed
from a mail order pharmacy or pay a co-payment fee when such purchases a
made from a mail order pharmacy if a similar fee is not charged for drug
a mail order pharmacy.
```

## A05502 Actions:

```
BILL NO    A05502B

02/22/2011 referred to insurance
04/25/2011 amend and recommit to insurance
04/25/2011 print number 5502a
05/17/2011 amend and recommit to insurance
05/17/2011 print number 5502b
05/24/2011 reported
05/26/2011 advanced to third reading cal.462
06/15/2011 passed assembly
06/15/2011 delivered to senate
06/15/2011 REFERRED TO RULES
06/20/2011 SUBSTITUTED FOR S3510B
06/20/2011 3RD READING CAL.1383
06/20/2011 PASSED SENATE
06/20/2011 RETURNED TO ASSEMBLY
11/30/2011 delivered to governor
12/12/2011 signed chap.597
12/12/2011 approval memo.14
```

## A05502 Votes:

```
A05502B 06/15/2011                 143/2

 Abbate  Y Castell Y Galef   Y Katz    Y McKevit Y Rabbitt Y Stevens Y
 Abinant Y Castro  Y Gantt   Y Kavanag Y McLaugh NO Raia    Y Sweeney Y
 Amedore Y Ceretto Y Gibson  Y Kellner Y Meng    Y Ramos   Y Tedisco Y
 Arroyo  Y Clark   Y Giglio  Y Kirwan  ER Mill D  NO Reilich Y Tenney  Y
 Aubry   Y Colton  Y Glick   Y Kolb    Y Mill JM Y Reilly  Y Thiele  Y
 Barclay Y Conte   Y Goodell Y Lancman Y Mill MG Y Rive J  Y Titone  Y
 Barron  Y Cook    Y Gottfri Y Latimer Y Millman Y Rive N  Y Titus   Y
 Benedet Y Corwin  Y Graf    Y Lavine  Y Molinar Y Rive PM Y Tobacco Y
 Bing    Y Crespo  Y Gunther Y Lentol  Y Montesa Y Roberts Y Weinste Y
 Blanken Y Crouch  Y Hanna   Y Lifton  Y Morelle Y Robinso Y Weisenb Y
 Boyland Y Curran  Y Hawley  Y Linares Y Moya    Y Rodrigu Y Weprin  Y
 Boyle   Y Cusick  Y Hayes   Y Lope PD Y Murray  Y Rosenth Y Wright  Y
 Braunst Y Cymbrow Y Heastie Y Lope VJ Y Nolan   Y Russell Y Zebrows Y
 Brennan Y DenDekk Y Hevesi  Y Losquad Y Oaks    Y Saladin Y Mr Spkr Y
 Bronson Y Dinowit Y Hikind  Y Lupardo Y O'Donne Y Sayward Y
 Brook K Y Duprey  Y Hooper  Y Magee   Y Ortiz   Y Scarbor Y
 Burling Y Englebr Y Hoyt    Y Magnare Y Palmesa Y Schimel Y
 Butler  Y Farrell Y Jacobs  Y Maisel  Y Paulin  Y Schimmi Y
 Cahill  Y Finch   Y Jaffee  Y Malliot Y Peoples Y Schroed Y
 Calhoun Y Fitzpat Y Jeffrie Y Markey  Y Perry   Y Simotas Y
 Camara  Y Friend  Y Johns   Y McDonou Y Pretlow Y Smardz  Y
 Canestr Y Gabrysz Y Jordan  Y McEneny Y Ra      Y Spano   Y
```

## A05502 Memo:

BILL NUMBER:A5502B

TITLE OF BILL:  An act to amend the insurance law, in relation to the purchase of prescription drugs

PURPOSE OR GENERAL IDEA OF BILL: Prohibits health insurance policies from mandating their insured to purchase prescribed drugs from a mail order pharmacy.

SUMMARY OF SPECIFIC PROVISIONS:

* S1.- Subsection (i) of Section 3216 of the insurance law is amended by adding a new paragraph (28) to require any policy which provides coverage for prescription drugs shall allow participants to fill any mail order covered prescription, at his or her option, at any mail order pharmacy or network participating non-mail order retail pharmacy if the network participating non-mail order retail pharmacy offers to accept a price that is comparable to that of the mail order pharmacy. This section goes on to bar the imposition of a co-payment if the insured would not have been charged one at the mail order pharmacy. Also this section states that these changes shall not supersede the terms of a collective bargaining agreement entered into between an

employer and a certified employee organization. Additionally, this shall not alter any provisions in sections thirteen and thirteen-a of the workers' compensation law regarding the purchase of prescription drugs and the use of mail order pharmacy.

* SS2-3.- A new paragraph (18) is also added to subsection (1) of Section 3221 of such law and a new Subsection (hh) is likewise added to section 4303 to impose such a prohibition on all policies of health insurance in the state including those issued by health services or medical expense indemnity corporations issuing group contracts.

* S4.- This section adds a severance clause to the legislation.

JUSTIFICATION: This legislation will provide freedom of choice to consumers who have coverage for prescribed drugs as part of their health insurance. When a policy mandates purchase from a specific mail order pharmacy the consumer is forced to purchase an interim supply of the prescribed drug from his or her neighborhood pharmacist who is familiar with his or her medical history. The risk to the consumer in this situation is obvious.

Furthermore, the neighborhood pharmacy in these situations is forced to bear the burden of educating the patient as to the use and potential effects of the prescribed drug. The inability of the consumer to purchase the full prescription from the neighborhood pharmacy imposes this burden inequitably, thereby providing the mail order house with an economic advantage that the local provider cannot over come.

Finally, many consumers, especially senior citizens, rely on their local pharmacist for the service that they provide with respect to monitoring the regimen of drugs that they take. A mandate of purchase by mail denies them of this important service and confidence.

PRIOR LEGISLATIVE HISTORY:


2010 - A.1267A
2008 - A.2808/Insurance; S.8775/Rules
2007 - A.2808/Insurance; S.8775/Rules
2006 - A.6934/Insurance
2005 - A.6934/Insurance

FISCAL IMPLICATIONS: None

EFFECTIVE DATE: This act shall take effect on the thirtieth day after it shall have become law and shall apply to all policies and contracts issued, renewed, modified, altered or amended on or after such effective date.

**A05502 Text:**

S T A T E   O F   N E W   Y O R K
_____

5502--B

2011-2012 Regular Sessions

I N   A S S E M B L Y

February 22, 2011
_____

Introduced by M. of A. HEASTIE, GOTTFRIED, COLTON, ROSENTHAL, M.
  CYMBROWITZ, MOYA, O'DONNELL, THIELE, GALEF, CASTRO, DenDEKKER
  DETTO, GUNTHER, SCHROEDER, MAISEL, SPANO, SCHIMEL, V. LOPEZ,
  BERG, LAVINE, WEPRIN, ENGLEBRIGHT, SWEENEY, PAULIN, DINOWITZ
  RODRIGUEZ, HOYT, GABRYSZAK, TITONE -- Multi-Sponsored by -- M.
  ABBATE, ABINANTI, BOYLE, BURLING, CASTELLI, CERETTO, CORWIN,
  CROUCH, DUPREY, GIGLIO, GRAF, HAYES, JACOBS, KATZ, LATIMER, P.
  LOSQUADRO, MALLIOTAKIS, J. MILLER, MONTESANO, MURRAY, PAL
  PEOPLES-STOKES, RA, RAIA, P. RIVERA, ROBERTS, SALADINO, S
  SMARDZ -- read once and referred to the Committee on Insur
  committee discharged, bill amended, ordered reprinted as amend
  recommitted to said committee -- again reported from said co
  with amendments, ordered reprinted as amended and recommitted t
  committee

AN ACT to amend the insurance law, in relation to the purc
  prescription drugs

  THE PEOPLE OF THE STATE OF NEW YORK, REPRESENTED IN SENATE AND
BLY, DO ENACT AS FOLLOWS:

 1    Section 1. Subsection (i) of section 3216 of the insurance
 2  amended by adding a new paragraph 28 to read as follows:
 3    (28) ANY POLICY WHICH PROVIDES COVERAGE FOR PRESCRIPTION  DRUGS
 4  PERMIT  EACH PARTICIPANT TO FILL ANY MAIL ORDER COVERED PRESCRIPT
 5  HIS OR HER OPTION, AT ANY MAIL ORDER PHARMACY OR  NETWORK  PARTIC
 6  NON-MAIL  ORDER  RETAIL  PHARMACY  IF THE NETWORK PARTICIPATING N
 7  ORDER RETAIL PHARMACY OFFERS TO ACCEPT A PRICE  THAT  IS  COMPARA
 8  THAT  OF THE MAIL ORDER PHARMACY. ANY POLICY WHICH PROVIDES COVER
 9  PRESCRIPTION DRUGS SHALL NOT IMPOSE A CO-PAYMENT FEE OR OTHER  CO
10  ON ANY INSURED WHO ELECTS TO PURCHASE DRUGS FROM A NETWORK PARTIC
11  NON-MAIL  ORDER  RETAIL  PHARMACY  WHICH IS NOT ALSO IMPOSED ON I
12  ELECTING TO PURCHASE  DRUGS  FROM  A  DESIGNATED  MAIL  ORDER  PH
13  PROVIDED,  HOWEVER,  THAT THE PROVISIONS OF THIS SECTION SHALL NOT

     EXPLANATION--Matter in ITALICS (underscored) is new; matter in b
                     [ ] is old law to be omitted.
                                                          LBD091

A. 5502--B                              2

```
 1  SEDE THE TERMS OF A COLLECTIVE BARGAINING AGREEMENT OR APPLY TO A
 2  THAT IS THE RESULT OF A COLLECTIVE BARGAINING AGREEMENT BETW
 3  EMPLOYER AND A RECOGNIZED OR CERTIFIED EMPLOYEE ORGANIZATION.
 4    S 2. Subsection (1) of section 3221 of the insurance law is ame
 5  adding a new paragraph 18 to read as follows:
 6    (18) ANY INSURER DELIVERING A GROUP OR BLANKET POLICY OR IS
 7  GROUP OR BLANKET POLICY FOR DELIVERY IN THIS STATE WHICH PROVIDES
 8  AGE FOR PRESCRIPTION DRUGS SHALL PERMIT EACH PARTICIPANT TO FI
 9  MAIL ORDER COVERED PRESCRIPTION, AT HIS OR HER OPTION, AT ANY MAI
10  PHARMACY OR NETWORK PARTICIPATING NON-MAIL ORDER RETAIL PHARMACY
11  NETWORK PARTICIPATING NON-MAIL ORDER RETAIL PHARMACY OFFERS TO AC
12  PRICE THAT IS COMPARABLE TO THAT OF THE MAIL ORDER PHARMACY. ANY
13  WHICH PROVIDES COVERAGE FOR PRESCRIPTION DRUGS SHALL NOT IM
14  CO-PAYMENT FEE OR OTHER CONDITION ON ANY INSURED WHO ELECTS TO P
15  DRUGS FROM A NETWORK PARTICIPATING NON-MAIL ORDER RETAIL PHARMACY
16  IS NOT ALSO IMPOSED ON INSUREDS ELECTING TO PURCHASE DRUGS FROM A
17  NATED MAIL ORDER PHARMACY; PROVIDED, HOWEVER, THAT THE PROVIS
18  THIS SECTION SHALL NOT SUPERSEDE THE TERMS OF A COLLECTIVE BAR
19  AGREEMENT OR APPLY TO A POLICY THAT IS THE RESULT OF A COL
20  BARGAINING AGREEMENT BETWEEN AN EMPLOYER AND A RECOGNIZED OR CE
21  EMPLOYEE ORGANIZATION.
22    S 3. Section 4303 of the insurance law is amended by addin
23  subsection (hh) to read as follows:
24    (HH) ANY POLICY ISSUED BY A MEDICAL EXPENSE INDEMNITY CORPORAT
25  HOSPITAL SERVICE CORPORATION OR A HEALTH SERVICES CORPORATIO
26  PROVIDES COVERAGE FOR PRESCRIPTION DRUGS SHALL PERMIT EACH PART
27  TO FILL ANY MAIL ORDER COVERED PRESCRIPTION, AT HIS OR HER OPT
28  ANY MAIL ORDER PHARMACY OR NETWORK PARTICIPATING NON-MAIL ORDER
29  PHARMACY IF THE NETWORK PARTICIPATING NON-MAIL ORDER RETAIL P
30  OFFERS TO ACCEPT A PRICE THAT IS COMPARABLE TO THAT OF THE MAIL
31  PHARMACY. ANY POLICY WHICH PROVIDES COVERAGE FOR PRESCRIPTIO
32  SHALL NOT IMPOSE A COPAYMENT FEE OR OTHER CONDITION ON ANY INSUR
33  ELECTS TO PURCHASE DRUGS FROM A NETWORK PARTICIPATING NON-MAI
34  RETAIL PHARMACY WHICH IS NOT ALSO IMPOSED ON INSUREDS ELECT
35  PURCHASE DRUGS FROM A DESIGNATED MAIL ORDER PHARMACY; PROVIDED, H
36  THAT THE PROVISIONS OF THIS SECTION SHALL NOT SUPERSEDE THE TER
37  COLLECTIVE BARGAINING AGREEMENT OR APPLY TO A POLICY THAT IS THE
38  OF A COLLECTIVE BARGAINING AGREEMENT BETWEEN AN EMPLOYER AND A
39  NIZED OR CERTIFIED EMPLOYEE ORGANIZATION.
40    S 4. If any clause, subparagraph, subsection, section or othe
41  of this act, or the application thereof be held to be invali
42  holding shall not affect, impair or invalidate the remainder o
43  act, or the application of such section or part of a section held
44  id.
45    S 5. This act shall take effect on the thirtieth day after i
46  have become a law and shall apply to all policies and contracts
47  renewed, modified, altered or amended on or after such effective
```

68

CHAPTER **597**

LAWS OF 20 \_\_\_\_\_

SENATE BILL _____ ASSEMBLY BILL **5502-B**

## STATE OF NEW YORK

5502--B

2011-2012 Regular Sessions

## IN ASSEMBLY

February 22, 2011

Introduced by M. of A. HEASTIE, GOTTFRIED, COLTON, ROSENTHAL, M. MILLER, CYMBROWITZ, MOYA, O'DONNELL, THIELE, GALEF, CASTRO, DenDEKKER, BENE-DETTO, GUNTHER, SCHROEDER, MAISEL, SPANO, SCHIMEL, V. LOPEZ, WEISEN-BERG, LAVINE, WEPRIN, ENGLEBRIGHT, SWEENEY, PAULIN, DINOWITZ, MENG, RODRIGUEZ, HOYT, GABRYSZAK, TITONE -- Multi-Sponsored by -- M. of A. ABBATE, ABINANTI, BOYLE, BURLING, CASTELLI, CERETTO, CORWIN, CRESPO, CROUCH, DUPREY, GIGLIO, GRAF, HAYES, JACOBS, KATZ, LATIMER, P. LOPEZ, LOSQUADRO, MALLIOTAKIS, J. MILLER, MONTESANO, MURRAY, PALMESANO, PEOPLES-STOKES, RA, RAIA, P. RIVERA, ROBERTS, SALADINO, SAYWARD, SMARDZ -- read once and referred to the Committee on Insurance -- committee discharged, bill amended, ordered reprinted as amended and recommitted to said committee -- again reported from said committee with amendments, ordered reprinted as amended and recommitted to said committee

AN ACT to amend the insurance law, in relation to the purchase of prescription drugs

S 3510-B/Mazlarz

DATE RECEIVED BY GOVERNOR:

11/30/11

ACTION MUST BE TAKEN BY:

12/12/11

DATE GOVERNOR'S ACTION TAKEN:

12/12/11

0000001

SENATE VOTE     60 Y  2 N          HOME RULE MESSAGE     ___ Y ___ N

DATE     6/20/11

ASSEMBLY VOTE   143 Y  2 N

DATE     6/15/11

A5502-B  Heastie (MS)  Same as S 3510-B  MAZIARZ

| | | | | | |
|---|---|---|---|---|---|
| 06/20/11 | A5502-B | Senate Vote | | Aye: 60 | Nay: 2 |
| 06/15/11 | A5502-B | Assembly Vote | | Yes: 143 | No: 2 |

Go to Top of Page

**Floor Votes:**

06/20/11  A5502-B  Senate Vote  Aye: 60  Nay: 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Aye | Adams | Aye | Addabbo | Aye | Alesi | Aye | Avella |
| Aye | Ball | Aye | Bonacic | Aye | Breslin | Aye | Carlucci |
| Aye | DeFrancisco | Aye | Diaz | Aye | Dilan | Aye | Duane |
| Aye | Espaillat | Aye | Farley | Aye | Flanagan | Aye | Fuschillo |
| Aye | Gallivan | Aye | Gianaris | Aye | Golden | Aye | Griffo |
| Aye | Grisanti | Aye | Hannon | Aye | Hassell-Thompson | Aye | Huntley |
| Aye | Johnson | Aye | Kennedy | Aye | Klein | Aye | Krueger |
| Aye | Kruger | Aye | Lanza | Aye | Larkin | Aye | LaValle |
| Aye | Libous | Aye | Little | Aye | Marcellino | Aye | Martins |
| Aye | Maziarz | Nay | McDonald | Aye | Montgomery | Aye | Nozzolio |
| Aye | O'Mara | Aye | Oppenheimer | Aye | Parker | Aye | Peralta |
| Aye | Perkins | Aye | Ranzenhofer | Aye | Ritchie | Aye | Rivera |
| Aye | Robach | Aye | Saland | Aye | Sampson | Aye | Savino |
| Aye | Serrano | Nay | Seward | Aye | Skelos | Aye | Smith |
| Aye | Squadron | Aye | Stavisky | Aye | Stewart-Cousins | Aye | Valesky |
| Aye | Young | Aye | Zeldin | | | | |

Go to Top of Page

**Floor Votes:**

06/15/11  A5502-B  Assembly Vote  Yes: 143  No: 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Yes | Abbate | Yes | Abinanti | Yes | Amedore | Yes | Arroyo |
| Yes | Aubry | Yes | Barclay | Yes | Barron | Yes | Benedetto |
| Yes | Bing | Yes | Blankenbush | Yes | Boyland | Yes | Boyle |
| Yes | Braunstein | Yes | Brennan | Yes | Bronson | Yes | Brook-Krasny |
| Yes | Burling | Yes | Butler | Yes | Cahill | Yes | Calhoun |
| Yes | Camara | Yes | Canestrari | Yes | Castelli | Yes | Castro |
| Yes | Ceretto | Yes | Clark | Yes | Colton | Yes | Conte |
| Yes | Cook | Yes | Corwin | Yes | Crespo | Yes | Crouch |
| Yes | Curran | Yes | Cusick | Yes | Cymbrowitz | Yes | DenDekker |
| Yes | Dinowitz | Yes | Duprey | Yes | Englebright | Yes | Farrell |
| Yes | Finch | Yes | Fitzpatrick | Yes | Friend | Yes | Gabryszak |
| Yes | Galef | Yes | Gantt | Yes | Gibson | Yes | Giglio |

| | | | |
|---|---|---|---|
| Yes Glick | Yes Goodell | Yes Gottfried | Yes Graf |
| Yes Gunther A | Yes Hanna | Yes Hawley | Yes Hayes |
| Yes Heastie | Yes Hevesi | Yes Hikind | Yes Hooper |
| Yes Hoyt | Yes Jacobs | Yes Jaffee | Yes Jeffries |
| Yes Johns | Yes Jordan | Yes Katz | Yes Kavanagh |
| Yes Kellner | ER Kirwan | Yes Kolb | Yes Lancman |
| Yes Latimer | Yes Lavine | Yes Lentol | Yes Lifton |
| Yes Linares | Yes Lopez P | Yes Lopez V | Yes Losquadro |
| Yes Lupardo | Yes Magee | Yes Magnarelli | Yes Maisel |
| Yes Malliotakis | Yes Markey | Yes McDonough | Yes McEneny |
| Yes McKevitt | No McLaughlin | Yes Meng | No Miller D |
| Yes Miller J | Yes Miller M | Yes Millman | Yes Molinaro |
| Yes Montesano | Yes Morelle | Yes Moya | Yes Murray |
| Yes Nolan | Yes Oaks | Yes O'Donnell | Yes Ortiz |
| Yes Palmesano | Yes Paulin | Yes Peoples-Stokes | Yes Perry |
| Yes Pretlow | Yes Ra | Yes Rabbitt | Yes Raia |
| Yes Ramos | Yes Reilich | Yes Reilly | Yes Rivera J |
| Yes Rivera N | Yes Rivera P | Yes Roberts | Yes Robinson |
| Yes Rodriguez | Yes Rosenthal | Yes Russell | Yes Saladino |
| Yes Sayward | Yes Scarborough | Yes Schimel | Yes Schimminger |
| Yes Schroeder | Yes Simotas | Yes Smardz | Yes Spano |
| Yes Stevenson | Yes Sweeney | Yes Tedisco | Yes Tenney |
| Yes Thiele | Yes Titone | Yes Titus | Yes Tobacco |
| Yes Weinstein | Yes Weisenberg | Yes Weprin | Yes Wright |
| Yes Zebrowski K | Yes Mr. Speaker | | |



STATE OF NEW YORK
EXECUTIVE CHAMBER
ALBANY 12224

APPROVAL # 14
CHAPTER # 597

MEMORANDUM filed with Assembly Bill Number 5502-B, entitled:  DEC 12 2011

"AN ACT to amend the insurance law, in relation to the purchase of prescription drugs"; and

MEMORANDUM filed with Assembly Bill Number 7779, entitled:

"AN ACT to amend the insurance law, in relation to the purchase of prescription drugs"

A P P R O V E D

Both of these bills seek to improve consumer convenience by expanding the options by which consumers can fill their drug prescriptions. The first, Assembly Bill 5502-B, would require certain insurers that provide coverage for prescription drugs when dispensed by a mail order pharmacy to also permit an insured, at his or her option, to fill a prescription at a network participating non-mail order retail pharmacy ("retail pharmacy") without imposing additional co-payment, fees or other conditions on the insured, provided that the retail pharmacy offers to accept a price that is comparable to that of the mail order pharmacy. The second bill, Assembly Bill 7779, would similarly allow an insured to purchase fertility drugs at a local specialty pharmacy without incurring any additional financial burdens by virtue of not using a mail order pharmacy.

While I support their objectives, I have concerns with these bills. To address these concerns, both houses of the Legislature have agreed to pass amending legislation making several changes, including providing that the retail pharmacy must agree in advance to accept the same reimbursement rate and applicable terms and conditions established for mail order pharmacies. With the understanding that these amendments will be passed, I approve these bills.

These bills are approved.