Exhibit B
of the Affirmation of Joseph A. Murphy
has been filed under seal
per the Order of
Hon. Nelson S. Román
dated February 13, 2015