# EXHIBIT C



## STATE OF NEW YORK
## DEPARTMENT OF LAW
# HEALTH CARE BUREAU
### FAX # 518-402-2163

**TO:** Melissa DeLamatre - United Healthcare/Oxford

**FAX NO.:** 877 511 3157

**FROM:** Jacquelyn Heffner

**PHONE:** 518 402 2113

**DATE:** 2/3/14

**RE:** OAG File #1153430

**PAGES (including cover page)** ___6

### PRIORITY

The New York State Attorney General's Health Care Bureau recently received the attached complaint filed by [Redacted] [Redacted]. Mr. [Redacted] is seeking our assistance in obtaining approval to utilize BDRN for his medication(s). It appears that Mr. [Redacted] recently received a denial from UHC. Upon review of Mr. [Redacted] complaint letter you can see the urgency of this matter.

We kindly request a prompt review of this matter. Please give me a call to discuss at your earliest convenience at the above number. In addition, we request that you forward your findings in writing via facsimile at (518) 402-2163.

Thank you for your attention to this matter.

**CONFIDENTIALITY NOTICE:** This transmission is intended solely for the individual or entity to whom it is addressed and may contain information which is confidential or protected by privilege. If you are not the intended recipient, please contact the sender to arrange for the return or other disposition of the transmission. Pending disposition, you are requested not to review the transmitted materials; not to disclose or distribute them to anyone; and not to make, or allow to be made, any copies thereof. A lawyer may have a professional obligation to avoid examining confidential materials that inadvertently come into his or her possession, and should promptly contact the lawyer from whose office the materials were sent to arrange for their disposition (American Bar Association Formal Opinion 92-368).

1/31/14

NY Attorney General Health Care Bureau Helpline
The Capitol
Albany, NY 12224

To Whom It May Concern:

Hello. My name is [Redacted] and I was born with severe factor VIII deficiency (hemophilia A). Due to my illness, I do not clot like a normal person and I am susceptible to spontaneous bleeds into my joints and other areas of my body. If these bleeds are not treated as prescribed, they can become limb or life threatening.

I have been receiving my clotting factor (medicine I use to treat my bleeds) from BDRN, LLC (BDRN). I placed an order with BDRN this year (2014) as I was getting low on my factor (5 doses left) and ancillary supplies and experiencing a knee bleed. To my surprise, BDRN informed me that they had received a denial and that I needed to call the number on the back of my ID card for assistance in locating a Specialty Designated Pharmacy. I spoke to BDRN who informed me of the AMMO Law and stated that I may be protected under the law. As far as we know, it is NOT a self funded plan and it is NOT collectively bargained. BDRN then placed a call on my behalf to Dorothea Caldwell-Brown, Assistant Attorney General of the State of New York. Ms. Brown suggested I either call the Health Care Bureau Helpline or write a letter to the same giving BDRN permission to advocate on my behalf regarding my insurance and the denial they received.

BDRN is the only company that will delivery my factor and ancillary supplies to my home via personal delivery at the time and date specified by me or my wife. All the other companies that I've dealt with will drop ship the medication via UPS or Fed Ex. Unfortunately, this does not work for me as we are a working family with a small child and can't wait around for UPS or Fed Ex to drop off a package. The package cannot be left as I live in a small walk up and it is not safe to leave in the common area. Due to privacy issues and the size of the package (sometimes two huge boxes that need to be refrigerated), I prefer not to have the package sent to my work address. BDRN is also the only company that will pick up my medical waste. Other companies send me "mail-away sharps" that have huge bio-waste signs all over them. I have to personally take them to the post office to have them shipped for destruction. Again, another privacy issue for me personally. I am hoping that BDRN can continue to provide the excellent service that they have always offered my family. This letter serves as permission for BDRN to advocate on my behalf.

Here is my demographic information along with my insurance information. I am also enclosing a copy of the denial that BDRN received via e-mail from Alexa M. Loyola. Her contact information is as follows:

Alexa_M_Loyola@uhc.com

800-889-7658 ext. 36764
203-459-6764

Redacted
Redacted
Mt. Vernon, NY 10550
United Healthcare
Oxford Freedom Plan
Health Plan 80840 911-06111-07
Member ID Redacted
Group #VT3084
DOB Redacted

Please give this the highest priority as I am currently having a knee bleed and down to five doses that can last anywhere from 3-7 days.

If you need to contact me, please do so at my cell phone 1.914.Redacted. Please be aware that I work in a call center and may not be able to talk or return your phone call immediately.

Regards,



Redacted
Redacted




JPH 1153430

# Fax Transmittal

| | |
|---|---|
| Date: 1/31/14 | Total pages: ( Incl. cover sheet) 5 |
| To: Margaret | From: Nelson Escoto |
| Fax #: 518.402.2163 | Fax #: 973.513.9032 (corporate office) |
| Phone #: 800.428.9071 | Phone #: 845.926.2405 |
| Re: Redacted | CC: |

[x] Per your request    [x] Urgent    [ ] Please reply    [ ] Other: _____

**Message:**

Margaret – Per the request of Dorothea Caldwell Brown, Assistant Attorney General, NY, I am sending a letter signed by Mr. Redacted allowing BDRN to advocate on his behalf and explaining his situation in further detail. I am also enclosing the denial that we received via e-mail from his insurance.

Any questions, please feel free to contact me directly on my cell phone 845.926.2405

Regards,

Nelson Escoto

I will follow up on Monday to make sure you received the fax.

**Confidentiality and Privacy Notice:** The information in this transmission may contain privileged and confidential information. It is intended ONLY for the use of the person(s) or entity named above. If you are not the intended recipient, you are here notified that any review, dissemination, distribution, duplication or disclosure of this communication by any other person or entity is strictly prohibited. If you are not the intended recipient, please contact the sender at 973-513-9031 and destroy all copies of the original message.

• 1 South Corporate Drive, Suite D - 2nd Floor, Riverdale, NJ 07457-1718 • Office 973-513-9031 • Fax 973-513-9032 •

## Nelson Escoto

**From:** Yolanda Vento
**Sent:** Thursday, January 30, 2014 5:21 PM
**To:** Nelson Escoto
**Subject:** Fwd: RE- [Redacted] Authorization

Sent from my Samsung Galaxy S@4

--------- Original message ---------
From: "Loyola, Alexa M"
Date: 01/30/2014 5:07 PM (GMT-05:00)
To: Yolanda Vento
Subject: RE: RE- [Redacted] Authorization

Hi I received your clinical case reviewed/ denied based on the following : Per your health plan self-administered medications are covered through the prescription drug benefit and obtained through the Specialty Designated Pharmacy program. Please call the number on the back of your I.D. card for assistance in locating a Specialty Designated Pharmacy.
You do have the right to appeal this denial appeals fax# is 877-220-7537

---

**From:** Yolanda Vento [mailto:YVento@MYBDRN.com]
**Sent:** Thursday, January 30, 2014 2:45 PM
**To:** Loyola, Alexa M
**Subject:** RE: RE- [Redacted] Authorization

Alex,

The reference # is 101371320 member ID # [Redacted] I'm working out of the office today. I may be reached at 973-930-3375. Please call me to discuss.

Sincerely
Yolanda Vento
Co-President(no subject)

---

**From:** Loyola, Alexa M
**Sent:** Thursday, January 30, 2014 1:31 PM
**To:** Yolanda Vento
**Subject:** RE: RE- [Redacted] Authorization

Hi what is the reference# or mbr id#

---

**From:** Yolanda Vento [mailto:YVento@MYBDRN.com]
**Sent:** Wednesday, January 29, 2014 5:03 PM
**To:** Loyola, Alexa M
**Subject:** RE- [Redacted] Authorization

1

Good Afternoon Ms Loyola,

I'm emailing you to follow up on the Authorization request I submitted yesterday. I may be reached at our office from 9:00am to 5:00pm. My contact number is 973-513-9031.

Sincerely,
Yolanda Vento
Co-President

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

his e-mail, including attachments, may include confidential and/or
proprietary information, and may be used only by the person or entity
to which it is addressed. f the reader of this e-mail is not the intended
recipient or his or her authorized agent, the reader is hereby notified
that any dissemination, distribution or copying of this e-mail is
prohibited. f you have received this e-mail in error, please notify the
sender by replying to this message and delete this e-mail immediately.