# EXHIBIT G

| | A | E | Y | BO | BQ | BR | BS | DD | DE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TCD_RXS_RxCLAIM_Number | TCD_Submitted_Date_of_Service | TCD_Claim_S | PHA_Pharmacy_Name,_Full | PHA_Pharmacy_Address1 | PHA_Pharmacy_City | PHA_Pharmacy_State | PDT_Rsp_Copay_Amount | PDT_Rsp_Total_Amount |
| 2 | 143565363293239 | 20141222 | P | OPTUMRX | 2858 LOKER AVE EAST | CARLSBAD | CA | $ 35.00 | $ 58,959.19 |
| 3 | 132893998680503 | 20130402 | P | CVS PHARMACY | 4760 BOSTON POST ROAD | PELHAM MANOR | NY | - | 10.84 |
| 4 | 143565363123220 | 20141222 | P | OPTUMRX | 2858 LOKER AVE EAST | CARLSBAD | CA | 35.00 | 59,020.07 |
| 5 | 142954009288224 | 20141022 | P | OPTUMRX | 2858 LOKER AVE EAST | CARLSBAD | CA | 35.00 | 61,759.74 |
| 6 | 142954009484249 | 20141022 | P | OPTUMRX | 2858 LOKER AVE EAST | CARLSBAD | CA | 35.00 | 61,759.74 |
| 7 | 142194242095269 | 20140807 | P | OPTUMRX | 2858 LOKER AVE EAST | CARLSBAD | CA | 35.00 | 59,730.36 |
| 8 | 142194242325247 | 20140807 | P | OPTUMRX | 2858 LOKER AVE EAST | CARLSBAD | CA | 35.00 | 60,237.70 |
| 9 | 141604298798256 | 20140609 | P | OPTUMRX | 2858 LOKER AVE EAST | CARLSBAD | CA | 35.00 | 57,308.47 |
| 10 | 141604299064233 | 20140609 | R | OPTUMRX | 2858 LOKER AVE EAST | CARLSBAD | CA | 35.00 | 57,308.47 |
| 11 | 141604299064233 | 20140609 | P | OPTUMRX | 2858 LOKER AVE EAST | CARLSBAD | CA | 35.00 | 57,308.47 |
| 12 | 141064903801238 | 20140416 | X | BIOSCRIP INFUSION SERVICES | 102 THE AMERICAN RD | MORRIS PLAINS | NJ | 35.00 | 85,828.51 |
| 13 | 141042918479238 | 20140414 | P | OPTUMRX | 2858 LOKER AVE EAST | CARLSBAD | CA | 35.00 | 85,930.20 |
| 14 | 141012438090212 | 20140411 | X | BIOSCRIP INFUSION SERVICES | 102 THE AMERICAN RD | MORRIS PLAINS | NJ | 35.00 | 6,593.27 |
| 15 | 141012463656257 | 20140411 | X | BIOSCRIP INFUSION SERVICES | 102 THE AMERICAN RD | MORRIS PLAINS | NJ | 35.00 | 19,949.82 |
| 16 | 140172417311203 | 20140117 | R | BDRN LLC | 1 SO CORPORATE DR | RIVERDALE | NJ | 75.00 | 126,441.18 |
| 17 | 140172417311203 | 20140117 | R | BDRN LLC | 1 SO CORPORATE DR | RIVERDALE | NJ | 75.00 | 126,441.18 |
| 18 | 150273744016231 | 20150127 | X | ANTHONY BROWN PHARMACY | 4328 S BUFFALO ST | ORCHARD PARK | NY | 10.00 | 386.47 |

|  | A | E | Y | BO | BQ | BR | BS | DD | DE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TCD_RXS_RxCLAIM_Number | TCD_Submitted_Date_of_Service | TCD_Claim_S | PHA_Pharmacy_Name,_Full | PHA_Pharmacy_Address1 | PHA_Pharmacy_City | PHA_Pharmacy_State | PDT_Rsp_Copay_Amount | PDT_Rsp_Total_Amount |
| 19 | 150273744027231 | 20150127 | X | ANTHONY BROWN PHARMACY | 4328 S BUFFALO ST | ORCHARD PARK | NY | 35.00 | 123.82 |
| 20 | 150273744031231 | 20150127 | X | ANTHONY BROWN PHARMACY | 4328 S BUFFALO ST | ORCHARD PARK | NY | 15.00 | (2.46) |
| 21 | 150153521746275 | 20150115 | R | COTTRILLS | 255 MAIN ST | ARCADE | NY | 75.00 | 2,886.36 |
| 22 | 150060775071240 | 20150106 | X | OPTUMRX | 2858 LOKER AVE EAST | CARLSBAD | CA | 35.00 | 123,683.12 |
| 23 | 150060233684241 | 20150106 | R | OPTUMRX | 2858 LOKER AVE EAST | CARLSBAD | CA | 225.00 | 371,029.36 |