UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

BDRN, LLC, BDRN PHARMACY, LLC, and JOHN
DOE,

Civil Act. No.:  15-cv-804(NSR)

                                                        Plaintiff,

**DECLARATION OF
MICHAEL H. BERNSTEIN**

            -against-

**DOCUMENT
ELECTRONICALLY FILED**

UNITEDHEALTHCARE OF NEW YORK, INC.,
UNITEDHEALTHCARE INSURANCE COMPANY
OF NEW YORK, and OPTUMRX, INC.,

                                                        Defendants.
------------------------------------------------------------------------X

            MICHAEL H. BERNSTEIN, pursuant to 28 U.S.C. §1746(2), being duly sworn, deposes

and states under penalty of perjury:

            1.            I am a member of Sedgwick LLP, attorneys for Defendants.  My Declaration is based on

my personal knowledge.

            2.            This Declaration is respectfully submitted in opposition to Plaintiffs' motion brought by

order show cause for a preliminary injunction.

            3.            Annexed hereto as **Exhibit "J"** is a true and correct copy of the Complaint.

            4.            Annexed hereto as **Exhibit "K"** is a true and correct copy of the proposed order to

show cause submitted to the Supreme Court for the State of New York, County of Westchester.

                                                            I declare under penalty of perjury that the foregoing is
                                                            true and correct.
            Dated:   February 20, 2015

                                                            ____s/_____
                                                            MICHAEL H. BERNSTEIN

19919672v1

2

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **DECLARATION OF MICHAEL H. BERNSTEIN** was served via ECF on this 20th day of February, 2015 upon the following:

Joseph Murphy, Esq.
HISCOCK & BARCLAY, LLP
80 State Street
Albany, NY  12207
Telephone (518) 429-4248
JMurphy@hblaw.com
*Attorneys for Plaintiff*


s/_____
Michael H. Bernstein


Dated:  New York, New York
        February 20, 2015

19919672v1          2