UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BDRN, LLC, BDRN PHARMACY, LLC, AND JOHN DOE,

        *Plaintiffs,*

 -against-

UNITEDHEALTHCARE OF NEW YORK, INC.,
UNITEDHEALTHCARE INSURANCE COMPANY OF NEW YORK,
and OPTUMRX, INC.

        *Defendants.*

**AFFIDAVIT OF SERVICE**

Civil Action No.:

15-CV-804 (NSR)

---

### AFFIDAVIT OF SERVICE ON A CORPORATION THROUGH THE SECRETARY OF STATE

**MICHELLE DELUCA,** being duly sworn, deposes and says that she is over the age of eighteen years; that on **March 20, 2015,** at the Office of the Secretary of State, of the State of New York in the City of Albany, New York, she served the Summons and Complaint on **Unitedhealthcare of New York, Inc., Unitedhealthcare, Inc. and Optumrx, Inc.,** Defendant in this action, by delivering to personally and leaving with **Sue Zoucky,** in the Office of the Secretary of State, of the State of New York, Division of Corporations, One Commerce Plaza, Suite 600, Albany, New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **$40.00** Dollars. That said service was made pursuant to Section 306, Business Corporation Law.

Deponent further says that she knew the person so served as aforesaid to be duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Height (Approx.) | Weight (Approx.) | Age (Approx.) | Other Identifying Features |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ Black | ☐ Light | 5,4" | 140 | 50 | |
| ☒ Female | ☒ White | ☒ Med. | | | | |
| | ☐ | ☐ Dark | | | | |

                    */s/ Michelle DeLuca*
                    **MICHELLE DELUCA**

Subscribed and sworn to before me
this 25th day of March.

*/s/ Janise V. Smith*
Notary Public
JANISE V. SMITH
Notary Public, State of New York
No. 4992500
Qualified in Rensselaer County
Commission Expires Feb. 24, 2018

9023069.1

*HISCOCK & BARCLAY, LLP*