# HISCOCK & BARCLAY LLP

Joseph A. Murphy
*Associate*

**MEMO ENDORSED**

April 7, 2015

The application is  X  granted.
                 denied.

*[signature]*

Nelson S. Roman, U.S.D.J.
Dated: 4/7/15
White Plains, New York 10601

<u>VIA FACSIMILE (914) 390-4179</u>

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    *BDRN, LLC v. United Healthcare Of New York, Inc.*, Civil Action No. 15-cv-804 (NSR)

Dear Judge Román:

    We write on behalf of Plaintiffs to submit a joint request with Defendants that Plaintiffs' time to file an amended complaint in this matter be extended from April 10, 2015 to April 17, 2015 and Defendants' time to serve a responsive pleading or otherwise move be extended to May 29, 2015 in order to allow the parties to discuss mediation and other case management options and potential bases for resolution of the dispute.

    There have been no previous requests for adjournment or extension. Defendants join in this request.

                                                   Respectfully submitted,

                                                   Joseph A. Murphy

JAM

Michael H. Bernstein, Esq.
Sedgwick LLP
Brookfield Place, 225 Liberty Street, 28th Floor
New York, NY 10281-1008

80 State Street - Albany, New York 12207   hblaw.com
jmurphy@hblaw.com   Direct: 518.429.4248   Fax: 518.533.2943

9056328.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/15

# HISCOCK & BARCLAY LLP

## FAX COVER SHEET

| To: | Hon. Nelson S. Roman |
|---|---|
| **Fax No:** | 19143904179 |
| **From:** | Trombley, Kathleen M. |
| **Sender's Phone No:** | 518-429-4213 |
| **Date:** | 04-07-2015 2:54 PM |
| **Subject:** | Fax Message to 19143904179 |
| **No. of Pages (with cover):** | 2 |

**Comments:**

*If you have a problem receiving, or if you do not receive all of the pages noted above please contact* **Trombley, Kathleen M.** *at* **518-429-4213.**

80 State Street, Albany, New York 12207  hblaw.com