**MEMO ENDORSED**

# HISCOCK & BARCLAY LLP

**Joseph A. Murphy**
Associate

> Plaintiff is Granted an extension until May 8, 2015 to file an amended complaint. Defendant is Granted an extension until June 19, 2015 to serve and file a responsive pleading or otherwise move.
> No further extensions.
> Dated: April 16, 2015
>
> SO ORDERED:
>
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

April 16, 2015

**VIA FACSIMILE (914) 390-4179**

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:  *BDRN, LLC v. United Healthcare Of New York, Inc.*, Civil Action No. 15-cv-804 (NSR)

Dear Judge Román:

We write on behalf of Plaintiffs to submit a <u>request that Plaintiffs' time to file an amended complaint in this matter be extended from April 17, 2015 to May 8, 2015 and Defendants' time to serve a responsive pleading or otherwise move be extended from May 29, 2015 to June 19, 2015</u> in order to allow the parties to discuss mediation and other case management options and potential bases for resolution of the dispute.

This is the second request for such an extension. We previously requested, and the Court granted, an extension of Plaintiffs' time to file an amended complaint from April 10, 2015 to April 17, 2015 and Defendants' time to serve a responsive pleading or otherwise move from May 1, 2015 to May 29, 2015.

Defendants join in this request.

Respectfully submitted,

Joseph A. Murphy

JAM

80 State Street - Albany New York 12207 hblaw.com
jmurphy@hblaw.com  Direct: 518.429.4248  Fax: 518.533.2943

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 9087082.1
DATE FILED: 4/16/2015

Hon. Nelson S. Román
April 16, 2015
Page 2


cc:

Michael H. Bernstein, Esq.
Sedgwick LLP
Brookfield Place, 225 Liberty Street, 28th Floor
New York, NY 10281-1008