**MEMO ENDORSED**

**BARCLAY DAMON** LLP

Joseph A. Murphy
*Associate*

June 1, 2015

The application is ___ granted.
                    ✓ denied.

Nelson S. Román, U.S.D.J.
Dated: June 2, 2015
White Plains, New York 10601

Pre-motion Conference remains set for June 4, 2015 at 11:30am.

<u>VIA FACSIMILE (914) 390-4179</u>

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:   *BDRN, LLC v. United Healthcare Of New York, Inc.*, Civil Action No. 15-cv-804 (NSR)

Dear Judge Román:

    We write on behalf of Plaintiffs to request an adjournment of the pre-motion conference currently scheduled for June 4, 2015 at 11:30 a.m. concerning Defendants' proposed motion to dismiss the amended complaint. Pursuant to the Court's Individual Practices, we submit the following alternative proposed dates: July 9, 10, 23 and 24, 2015. The parties' preference would be July 9, 2015.

    As the Court is aware, the parties have been discussing a possible resolution of this matter. As a means to facilitate those efforts, the parties recently submitted a Stipulated Protective Order, which the Court recently so-ordered and electronically filed earlier today. With the Stipulated Protective Order in place, the parties are now positioned to continue their settlement efforts.

    In that context, we submit this request for an adjournment. Defendants have consented to this request. This is the first request for an adjournment of this pre-motion conference.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2015

Respectfully submitted,

*Joseph A. Murphy*

Joseph A. Murphy[1]

---

[1] As a result of a combination with the law firm Damon Morey LLP, Hiscock & Barclay, LLP is now known as Barclay Damon, LLP.

Hon. Nelson S. Román
June 1, 2015
Page 2

JAM

cc:

Michael H. Bernstein, Esq.
Sedgwick LLP
Brookfield Place, 225 Liberty Street, 28th Floor
New York, NY 10281-1008

Hon. Nelson S. Román

9198481.1