# MEMO ENDORSED

## Sedgwick LLP

ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

*Michael H. Bernstein*
(212) 898-4011
michael.bernstein@sedgwicklaw.com

The application is ✓ granted.
___ denied.

Nelson S. Roman, U.S.D.J.
Dated: June 3, 2015
White Plains, New York 10601

Pre-motion Conference rescheduled until June 5, 2015 at 10:00 am.

June 3, 2015

*Via Facsimile ((914) 390-4179)*
Hon. Nelson S. Roman
United States District Court Judge
United States District Court for the Southern
District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re: *BDRN, LLC et al. v. UnitedHealthcare of New York, Inc., et al.*
   Civ. Act. No.:   15-cv-804 (NSR)
   Our File No.:   03246-000274

Dear Judge Roman:

This office represents Defendants UnitedHealthcare of New York, Inc., UnitedHealthcare Insurance Company of New York and OptumRX, Inc. (collectively "United"). We write on behalf of Defendants to request a short adjournment of the pre-motion conference from June 4, 2015, at 11:30 am until June 5, 2015 at 10:00am.

The basis for this request is that Defendants counsel is scheduled to appear for trial before the Honorable Stephen A. Bucaria, J.S.C., Supreme Court for the State of New York, County of Nassau, on June 4, 2015 at 9:30am. The case is captioned *Jordan S. Josephson v. Oxford Health Insurance, Inc.* Index No. 0443/07. The trial started on May 11, 2015 and is expected to continue for the next two weeks. However, the court advised that there will be no trial day on Friday June 5, 2015. Plaintiff has consented to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

cc:   Joseph Murphy

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2015