UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BDRN, LLC, BDRN PHARMACY, LLC, and JOHN DOE,<br><br>        *Plaintiffs*,<br>-against-<br><br>UNITEDHEALTHCARE OF NEW YORK, INC., UNITEDHEALTHCARE INSURANCE COMPANY OF NEW YORK, and OPTUMRX, INC.<br><br>        *Defendants*. | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)<br><br>Civil Action No.<br>15-cv-804(NSR) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

  Pursuant to F.R.C.P. 41(a)(1)(A)(i), the Plaintiffs BDRN, LLC; BDRN Pharmacy, LLC; and John Doe, through their counsel, hereby give notice that the above captioned action is voluntarily dismissed without prejudice against the defendants UnitedHealthcare of New York, Inc.; UnitedHealthcare Insurance Company of New York; and OptumRx, Inc.

Dated: June 4, 2015      By:  /s *Joseph A. Murphy*
                  Linda J. Clark
                  Joseph A. Murphy

              *Attorneys for Plaintiffs*
              80 State Street
              Albany, New York 12207
              (518) 429-4200

9207065.1